District Judge Tiffany M. Cartwright
Chief Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOISES DAVID BONILLA MEJIA, | Case No. 2:25-cv-02196-TMC-TLF |
| Petitioner, | STIPULATED MOTION AND TRO BRIEFING SCHEDULE |
| v. | |
| LAURA HERMOSILLO,[1] *et al.*, | Noted for Consideration: November 5, 2025 |
| Federal Respondents. | |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Federal Respondents submit this proposed briefing schedule. Petitioner filed a motion for a temporary restraining order ("TRO") motion seeking an order enjoining U.S. Immigration and Customs Enforcement from transferring him out of this District or removing him from the United States while this habeas action is pending. Dkt. No. 2. This Court provisionally granted the TRO to maintain the status quo to allow the Court to review the merits of the motion after full briefing. Pursuant to Local

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Federal Respondents substitute Acting Field Office Director Laura Hermosillo for Cammilla Wamsley.

| | |
|---|---|
| STIPULATED MOTION FOR TRO BRIEFING SCHEDULE [Case No. 2:25-cv-02196-TMC-TLF] - 1 | UNITED STATES ATTORNEY 1201 PACIFIC AVE., STE. 700 TACOMA, WA 98402 (253) 428-3800 |

Civil Rule 65(b), Federal Respondents must file a response within 48 hours after the motion is served. There is good cause for this Court to enter an alternative briefing schedule.

The parties have conferred and have agreed to and propose the following response schedule to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | November 7, 2025 at 5:00pm |
| Petitioner's reply in support of the TRO Motion | November 12, 2025 |

This briefing schedule will result in the Court having a more complete record on which to decide the TRO motion. This one-day extension of the response deadline will allow Federal Respondents' time to obtain information necessary to respond to the TRO motion. Furthermore, this schedule will allow Petitioner to reply to Federal Respondents' filing. Finally, due to the provisional TRO granted by the Court, Petitioner cannot be removed or transferred prior to a decision by this Court on the TRO motion.

Accordingly, the parties request that the Court enter the proposed briefing schedule.

DATED this 5th day of November, 2025.

Respectfully submitted,

| | |
|---|---|
| CHARLES NEIL FLOYD<br>United States Attorney | NORTHWEST IMMIGRANT RIGHTS PROJECT |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826 | *s/ Christopher Strawn*<br>CHRISTOPHER STRAWN, WSBA #32243<br>615 Second Avenue, Suite 400<br>Seattle, Washington 98104<br>Phone: (206) 957-8611<br>Email: chris@nwirp.org<br>*Attorneys for Petitioner* |

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02196-TMC-TLF] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1 | Email:  michelle.lambert@usdoj.gov
*Attorneys for Federal Respondents*

*I certify that this memorandum contains 263 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02196-TMC-TLF] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | November 7, 2025 at 5:00pm |
| Petitioner's reply in support of the TRO Motion | November 12, 2025 |

DATED this 5th day of November, 2025

TIFFANY M. CARTWRIGHT
United States District Judge

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:25-cv-02196-TMC-TLF] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800